*Name:* **Mohamed Othmane Samie (CSBN: 344269)**

*Address:* **2414 S Garfield Avenue, Monterey Park, C A 91754**

*Phone:* **(818)-836-4976**

*Email:* **othmane.samie@gmail.com**

**Attorney for Plaintiff**

**Timeless Production FZ LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**MINH HIEU TRAN,** AN INDIVIDUAL MANAGING THE YOUTUBE CHANNEL **AGRICULTURE INSIGHT AND DOES 1-10, INCLUSIVE.**<br><br>Defendant. | **Case No.: 3:25-cv-05521** |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Timeless Production FZ LLC, by and through its undersigned counsel, states the following:

- Timeless Production FZ LLC is a nongovernmental corporate party.

1

RULE 7.1 CORPORATE DISCLOSURE STATEMENT

- It has no parent corporation.
- No publicly held corporation owns 10% or more of its stock or membership interests.

This disclosure is made to assist the Court in evaluating possible disqualification or recusal.

Dated: July 23, 2025　　　　　　　　　　　　　　　　　By: /s/ **Mohamed Othmane Samie**

　　　　　　　　　　　　　　　　　　　　　　　　MOHAMED OTHMANE SAMIE (**CSBN: 344269**)

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Timeless Production FZ LLC