1  *Name:* **Mohamed Othmane Samie (CSBN: 344269)**
2  *Address:* **2414 S Garfield Avenue, Monterey Park, C A 91754**
3  *Phone:* **(818)-836-4976**
4  *Email:* **othmane.samie@gmail.com**
   **Attorney for Plaintiff**
5  **Timeless Production FZ LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,** | Case No.: 3:25-cv-05521 |
| Plaintiff, | |
| v. | |
| **MINH HIEU TRAN,** AN INDIVIDUAL MANAGING THE YOUTUBE CHANNEL **AGRICULTURE INSIGHT AND DOES 1-10, INCLUSIVE.** | |
| Defendant. | |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to **Civil Local Rule 3-16**, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities:

(i)   have a financial interest in the subject matter in controversy or in a party to the proceeding, or

(ii)  have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

**Plaintiff:**

**Timeless Production FZ LLC**

A limited liability company organized under the laws of the United Arab Emirates.

**As of this date, other than the named parties, there are no such interested entities or persons to report.**

Dated: July 23, 2025                                    By: /s/ **Mohamed Othmane Samie**

MOHAMED OTHMANE SAMIE (**CSBN: 344269**)

Attorney for Plaintiff
Timeless Production FZ LLC