*Name:* **Mohamed Othmane Samie (CSBN: 344269)**

*Address:* **2414 S Garfield Avenue, Monterey Park, CA 91754**

*Phone:* **(818)-836-4976**

Attorney for Plaintiff
Timeless Production FZ LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,<br><br>     Plaintiff,<br>          v.<br>MINH HIEU TRAN, AN INDIVIDUAL MANAGING THE YOUTUBE CHANNEL AGRICULTURE INSIGHT AND DOES 1-10, INCLUSIVE.<br>     Defendant. | Case No.: 3:25-cv-05521-WHO |

## PLAINTIFF'S ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

Plaintiff Timeless Production FZ LLC, by and through undersigned counsel, respectfully moves this Court to reschedule the Case Management Conference ("CMC") currently set for September 30, 2025, and states as follows:

1. The CMC is currently scheduled for September 30, 2025, with the Case Management Statement deadline set for September 23, 2025.

PLAINTIFF'S ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

2. Plaintiff respectfully requests that the Court continue the CMC to November 4, 2025 or to a later date convenient for the Court.

3. Good cause exists for this request. Defendant is a foreign individual residing in Vietnam. Plaintiff has undertaken diligent efforts to effectuate international service of process through the United States Postal Service's international mail system. To date, service of the summons has not been completed. The USPS tracking record associated with Tracking ID **RH004366850US** confirms that delivery has not been accomplished, and service therefore remains outstanding **[Exhibit A].**

4. Apart from above, substantial time was required for the translation of documents necessary for proper service and proceedings.

5. As of the date of this motion, Defendant has not been served and has not appeared. Without the appearance of Defendants, the parties cannot conduct a Rule 26(f) conference or meaningfully participate in case management proceedings.

6. Proceeding with the CMC at this stage would therefore be premature and inconsistent with the efficiency goals contemplated by Rule 16(a) of the Federal Rules of Civil Procedure.

7. Plaintiff has not conferred with Defendants regarding this request because no counsel or representative has appeared in this action.

8. Plaintiff has not previously requested a change to the CMC date.

This motion is made pursuant to Federal Rule of Civil Procedure 16(b)(4), which permits modification of scheduling deadlines upon a showing of good cause and with the Court's consent. The requested continuance will conserve judicial resources and ensure that the CMC occurs only after Defendants are properly before the Court.

PLAINTIFF'S ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true
2  and correct.
3
4  Executed on: September 22, 2025
5  At:  Monterey Park, CA
6
7  **Dated**: September 22, 2025                              By:  /s/ Mohamed Othmane Samie
8                                                            Mohamed Othmane Samie (CSBN: 344269)
9                                                            Counsel for Timeless Production FZ LLC

PLAINTIFF'S ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# Exhibit A

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# RH004366850US

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Not Trackable

USPS Tracking® is unavailable for this product for VIET NAM.

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

