1  *Name:* **Mohamed Othmane Samie (CSBN: 344269)**
2  *Address:* **2414 S Garfield Avenue, Monterey Park, CA 91754**
3  *Phone:* **(818)-836-4976**
   Attorney for Plaintiff
4  Timeless Production FZ LLC

5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br>v.<br><br>MINH HIEU TRAN, AN INDIVIDUAL MANAGING THE YOUTUBE CHANNEL AGRICULTURE INSIGHT AND DOES 1-10, INCLUSIVE.<br>Defendant. | Case No.: 3:25-cv-05521-WHO |

### [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Having considered Plaintiff's Motion to Continue the Case Management Conference, and good cause appearing under Rule 16(b)(4) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for __, 2025 is continued to _____, 2025 at _____AM/PM.

**IT IS SO ORDERED.**

1

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Dated: _____

United States District Judge

Northern District of California

2

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW