*Name:* **Mohamed Othmane Samie (CSBN: 344269)**

*Address:* **2414 S Garfield Avenue, Monterey Park, CA 91754**

*Phone:* **(818)-836-4976**

Attorney for Plaintiff
Timeless Production FZ LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**MINH HIEU TRAN, AN INDIVIDUAL MANAGING THE YOUTUBE CHANNEL AGRICULTURE INSIGHT AND DOES 1-10, INCLUSIVE**<br><br>Defendant. | **Case No.: 3:25-cv-05521-WHO** |

## PLAINTIFF'S ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

Plaintiff Timeless Production FZ LLC, by and through undersigned counsel, respectfully moves this Court to reschedule the Case Management Conference ("CMC") currently set for November 25, 2025, and states as follows:

PLAINTIFF'S ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1. The CMC is currently scheduled for November 25, 2025, with the Case Management Statement deadline set for November 18, 2025.

2. Plaintiff respectfully requests that the Court continue the CMC to December 25, 2025 or to a later date convenient for the Court.

3. Good cause exists because Plaintiff has dispatched summon and accompanying documents to Defendant via Registered Mail, Tracking ID RH004366850US on 09/18/2025 and is awaiting delivery confirmation from USPS and the corresponding return receipt. Plaintiff is actively coordinating with USPS to obtain written verification of completed service and will promptly file proof of service upon receipt. It is also important to mention that the subpoena was issued by the United States District Court for the Northern District of California on August 11, 2025, with Case No. 3:25-mc-80237-AGT, with a compliance deadline of September 10, 2025 [Exhibit A]. The Subpoena was duly delivered to Google on August 16, 2025 via United States Postal Service Tracking ID EJ869846503US [Exhibit B]. Plaintiff is awaiting Google's compliance to obtain additional identifying information necessary to proceed further in this action.

4. Because Defendants have not yet appeared or otherwise responded, the parties cannot conduct a Rule 26(f) conference or meaningfully participate in case management proceedings at this time.

5. Proceeding with the CMC at this stage would therefore be premature and inconsistent with the efficiency goals contemplated by Rule 16(a) of the Federal Rules of Civil Procedure.

6. Plaintiff has not conferred with Defendant regarding this request because no counsel or representative has appeared in this action.

PLAINTIFF'S ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

This motion is made pursuant to Federal Rule of Civil Procedure 16(b)(4), which permits modification of scheduling deadlines upon a showing of good cause and with the Court's consent. The requested continuance will conserve judicial resources and ensure that the CMC occurs only after Defendant has been properly served and is before the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: November 15, 2025

At: Monterey Park, CA

**Dated**: November 15, 2025                    By: /s/ Mohamed Othmane Samie

                                                        Mohamed Othmane Samie (CSBN: 344269)
                                                        Counsel for Timeless Production FZ LLC

PLAINTIFF'S ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# Exhibit A

PLAINTIFF'S ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT
CONFERENCE

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of California

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO GOOGLE LLC / YOUTUBE | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.  3:25-mc-80237 -AGT |
| | ) |
| | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:
    Google LLC, Address: Corporation Service Company, 2710 Gateway Oaks Drive, Suite 150N,  Sacramento, CA 95833

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:   **See Attachment A**

| Place: Place: Mohamed Othmane Samie,2414 S Garfield Avenue Monterey Park, CA 91754 Email: othmane.samie@gmail.com | Date and Time: September 10, 2025 at 11:59 PM (Pacific Time) |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   8/11/2025

*CLERK OF COURT*
*Mark B.Busby*
*Karen Horman*                                                OR   _____
                                                                        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
           Mohamed Othmane Samie                        , who issues or requests this subpoena, are:

**Attorney for the Plaintiff, Address: 2414 S Garfield Avenue  Monterey Park, CA 91754, Email: othmane.samie@gmail.com, Ph. No.  (818)-836-4976**

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   3:25-mc-80237-AGT

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

27

Print     Save As...     Add Attachment     Reset

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**ATTACHMENT A**

**SCHEDULE OF DOCUMENTS TO BE PRODUCED**

DOCUMENT REQUESTS

Pursuant to 17 U.S.C. § 512(h), the subpoena commands production of all documents and information sufficient to identify the user(s) responsible for operating the YouTube channels listed below, which are alleged to have infringed copyrighted works owned by **Timeless Production FZ LLC**.

The requested identifying information includes, but is not limited to, the following:

a)   Full legal name(s) associated with the Google/YouTube account(s)

b)   Google AdSense ID(s) associated with any monetization of the channel(s)

c)   Physical mailing address(es) linked to the account(s)

d)   Telephone number(s) linked to the account(s)

e)   Email address(es) associated with the account(s)

f)   All other YouTube channels that are or have been linked to the same AdSense account(s)

g)   All information identifying any Multi-Channel Network (MCN) affiliation, including the name of the MCN, date of integration, and contact details.

1

**USER ACCOUNTS FROM DMCA NOTICE**

1. **Agriculture Insight**

- **Channel ID**: UCzsHYjHL1dZ4_3-DxgrOQOw

- **URL**: https://www.youtube.com/channel/UCzsHYjHL1dZ4_3-DxgrOQOw

# EXHIBIT-B

# USPS Tracking®

FAQs >

**Tracking Number:**                                                                                                   Remove ✕

## EJ869846503US

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Scheduled Delivery by

## SATURDAY

# 16  August
2025 ⓘ

by

## 6:00pm ⓘ

Your item has been delivered to an agent. The item was picked up at USPS at 9:06 am on August 16, 2025 in SACRAMENTO, CA 95833.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered to Agent
**Delivered to Agent, Picked up at USPS**
SACRAMENTO, CA 95833
August 16, 2025, 9:06 am

**Out for Delivery**
SACRAMENTO, CA 95833
August 16, 2025, 6:12 am

**Arrived at Post Office**
SACRAMENTO, CA 95813
August 16, 2025, 6:01 am

**Arrived at USPS Regional Destination Facility**
SACRAMENTO CA DISTRIBUTION CENTER
August 15, 2025, 7:43 am

**Arrived at USPS Origin Facility**
LOS ANGELES, CA 90045

Feedback

August 14, 2025, 4:56 pm

**Departed Post Office**
SAN PEDRO, CA 90731
August 14, 2025, 3:39 pm

**USPS in possession of item**
SAN PEDRO, CA 90731
August 14, 2025, 3:25 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                          ⌄

---

**Proof of Delivery**                                                              ⌄

---

**USPS Tracking Plus®**                                                            ⌄

---

**Product Information**                                                            ⌄

**See Less** ⌃

Track Another Package

| Enter tracking or barcode numbers |

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**