United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMELESS PRODUCTION FZ LLC,

Plaintiff,

v.

MINH HIEU TRAN, et al.,

Defendants.

Case No.  25-cv-05521-WHO

**ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE**

Re: Dkt. No. 17

As plaintiff has corrected the deficiencies in the complaint I noted in my March 4, 2026 Order, has adequately explained that Vietnam's Hague Service Convention framework allows service by mail, and has identified multiple prior attempts to serve by mail, I GRANT the motion to authorize alternative service of process on defendant Minh Hieu Tran and defendant Ngoc Tran pursuant to Federal Rule of Civil Procedure 4(f)(3).  Dkt. Nos. 17, 20-24.

Plaintiff is authorized to effectuate service by email of summons, the operative complaint and all subsequent filings via email  at midomediapro@gmail.com and denda0duong.pro@gmail.com.

**IT IS SO ORDERED.**

Dated: April 3, 2026



William H. Orrick
United States District Judge