**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** September 15, 2026 | **Time:** 1 minute<br>2:14 p.m. to 2:15 p.m. | **Judge:** WILLIAM H. ORRICK |
| **Case No.**: 25-cv-05521-WHO | **Case Name:** Timeless Production FZ LLC v. Tran | |

**Attorney for Plaintiff:** Andrew K. Jacobson
**Attorney for Defendant:** (no appearance made to date)

**Deputy Clerk:** Jean Davis **Court Reporter:** Marla Knox

**PROCEEDINGS**

Case management conference conducted via videoconference. Plaintiff intends to file for default in the next week and default judgment within the month. A further CMC is set prophylactically.

**Further Case Management Conference set for December 8, 2026 at 2:00 p.m.** Joint case management statement due December 1, 2026.